IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.	CASE NO. 4:98cr44-RH/WCS
	4:06cv35-RH/WCS

RONALD SYLVESTER BLOOM,

    Defendant.

_____/

## ORDER DENYING SECOND §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 310), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant's "Ex Parte Notice of Booker's violations and preservation of issues" (document 309) is deemed a second or successive motion for relief under 28 U.S.C. §2255 and is DENIED.

SO ORDERED this 28th day of July, 2006.

                                                  s/Robert L. Hinkle
                                                Chief United States District Judge